**Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 20-cv-02626**

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | AFU-Shoes Store | 2 | Ali-Print-T-shirt Store |
| 3 | AODLEE Official Store | 4 | AREQW Haoyue Store |
| 5 | Arsmundi Sporty Store | 6 | AYO Factory Shoe Store |
| 7 | A-adidas Store | 8 | Beauty Life |
| 9 | BERYLBELLA Official Store | 10 | Better Me Store |
| 11 | BINTUOSHI Official Store | 12 | BJCJWF0526 Store |
| 13 | Booming Store | 14 | BROTHOCK Official Store |
| 15 | CAMELJINGE VIP Store | 16 | CINESSD 2 Store |
| 17 | Cynure Store | 18 | Daily Electronic |
| 19 | DE LUXE Factory Store | 20 | DPOY Jersey Store |
| 21 | Dressing room four seasons store Store | 22 | DY JEWEL Store |
| 23 | Factory Direct 01 Store | 24 | factory yi Store |
| 25 | Fine Zero lifestyle Store | 26 | Good Quality Watchband Store |
| 27 | HAOPING Store | 28 | HARALOEWEVY HARALOEWEVY Store |
| 29 | heidsy Factory Store | 30 | honghuifushi Store |
| 31 | HYP00LL Store | 32 | IMYHOT Sneakers Store |
| 33 | JASTER 3C Store | 34 | Je taime Sneakers Store |
| 35 | Jebwoods Footware Store | 36 | Kalorzze Official Store |
| 37 | LEMONBEAR Shoe Store | 38 | Lisveick shiny lace Store |
| 39 | Adorable Store | 40 | AFFINEST store |
| 41 | BOUSSAC Sneakers Store | 42 | carriebang-sneaker Store |
| 43 | Chinese boutique Store | 44 | Da Chu Store |
| 45 | Double kim Street Culture Store | 46 | Faceless Stark Store |
| 47 | Happily Store | 48 | Hemer Store |
| 49 | HongV Trading Store | 50 | Hot Shapers Store |
| 51 | IMYHOT Aliexpress Store | 52 | Jammy's 3C store |
| 53 | join in healthy life Store | 54 | kamucc store |
| 55 | KEKEXIHAOZ Children's factory Store | 56 | KongNian Store |
| 57 | Male Footwear Speciality Store | 58 | MAN Fitness AA Store |
| 59 | Men's gym suit Store | 60 | mingrenruitang |
| 61 | MISHANG Sneakers Store | 62 | MLCRIYG SPORTS99999 Store |
| 63 | MMA Tactical Store | 64 | NENTORI Printing Shirts Drop Ship Store |
| 65 | Nyacinth Official Store | 66 | Octopus Store |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 67 | ohyeahs Store | 68 | ONELY Store |
| 69 | OrdoShow store | 70 | OUKEDI Official Store |
| 71 | Packer Store | 72 | PSCOWNLG Store |
| 73 | PUAMSS Achievement Store | 74 | PuamssSports Store |
| 75 | QUAN ZHOU Store | 76 | REETENE Factory Store |
| 77 | Retro sneakers Store | 78 | SENTA Official Store |
| 79 | SHARMA SHUCH woman&Menswear Store | 80 | Shop1021357 Store |
| 81 | Shop109767 Store | 82 | Shop1488792 Store |
| 83 | Shop1757521 Store | 84 | Shop1795578 Store |
| 85 | Shop1939798 Store | 86 | Shop2853021 Store |
| 87 | Shop3000022 Store | 88 | Shop3001060 Store |
| 89 | Shop3054061 Store | 90 | Shop4202019 Store |
| 91 | Shop4495071 Store | 92 | Shop4496103 Store |
| 93 | Shop4505085 Store | 94 | Shop4513043 Store |
| 95 | Shop4568028 Store | 96 | Shop4991313 Store |
| 97 | Shop5040132 Store | 98 | Shop5058269 Store |
| 99 | Shop5069284 Store | 100 | Shop5377230 Store |
| 101 | Shop5508008 Store | 102 | Shop937058 Store |
| 103 | Silicone bracelet Shop Store | 104 | Silverjewellery Store |
| 105 | smarts_yo Store | 106 | SportsCenter Store |
| 107 | Studieux WAO Outdoor Store | 108 | Sunjiang Store |
| 109 | TaoBo Store | 110 | The first sports hall |
| 111 | TIHE Store | 112 | Topace six Store |
| 113 | TOPESKO Official Store | 114 | Trend Finding Store |
| 115 | TUNSECHY No.8 Store | 116 | Ulikes Store |
| 117 | Ulive Decor Store | 118 | VINTOHOXN Sporting Store |
| 119 | Vsenfo Store | 120 | Weixu Store |
| 121 | WE-RUN Store | 122 | Whatever you need Store |
| 123 | WTUVIVE mma Store | 124 | XMQ Store |
| 125 | yoyodiy Store | 126 | Zi Xuan Life Store |
| 127 | ZYD-COOL China Store | | |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | aliexpress.com/store/5380233 | 2 | aliexpress.com/store/5426116 |
| 3 | aliexpress.com/store/4288015 | 4 | aliexpress.com/store/4668028 |
| 5 | aliexpress.com/store/3046055 | 6 | aliexpress.com/store/5440321 |
| 7 | aliexpress.com/store/5080248 | 8 | aliexpress.com/store/626409 |
| 9 | aliexpress.com/store/1440180 | 10 | aliexpress.com/store/1631042 |
| 11 | aliexpress.com/store/3092088 | 12 | aliexpress.com/store/1992134 |
| 13 | aliexpress.com/store/4877036 | 14 | aliexpress.com/store/3652052 |
| 15 | aliexpress.com/store/5075109 | 16 | aliexpress.com/store/5478198 |
| 17 | aliexpress.com/store/2475034 | 18 | aliexpress.com/store/1192562 |
| 19 | aliexpress.com/store/5476139 | 20 | aliexpress.com/store/4684038 |
| 21 | aliexpress.com/store/5599236 | 22 | aliexpress.com/store/5433238 |
| 23 | aliexpress.com/store/3259052 | 24 | aliexpress.com/store/4674036 |
| 25 | aliexpress.com/store/4917011 | 26 | aliexpress.com/store/1850588 |
| 27 | aliexpress.com/store/4364005 | 28 | aliexpress.com/store/4918060 |
| 29 | aliexpress.com/store/5074343 | 30 | aliexpress.com/store/4417101 |
| 31 | aliexpress.com/store/4431170 | 32 | aliexpress.com/store/5047407 |
| 33 | aliexpress.com/store/1626749 | 34 | aliexpress.com/store/4643082 |
| 35 | aliexpress.com/store/5004456 | 36 | aliexpress.com/store/5191020 |
| 37 | aliexpress.com/store/4429201 | 38 | aliexpress.com/store/4648055 |
| 39 | aliexpress.com/store/1912193 | 40 | aliexpress.com/store/1460335 |
| 41 | aliexpress.com/store/5232039 | 42 | aliexpress.com/store/4548031 |
| 43 | aliexpress.com/store/4498088 | 44 | aliexpress.com/store/1657166 |
| 45 | aliexpress.com/store/5084028 | 46 | aliexpress.com/store/5064378 |
| 47 | aliexpress.com/store/4654042 | 48 | aliexpress.com/store/5258130 |
| 49 | aliexpress.com/store/2780114 | 50 | aliexpress.com/store/4043027 |
| 51 | aliexpress.com/store/5004470 | 52 | aliexpress.com/store/1634076 |
| 53 | aliexpress.com/store/4614034 | 54 | aliexpress.com/store/5023213 |
| 55 | aliexpress.com/store/4478068 | 56 | aliexpress.com/store/5083211 |
| 57 | aliexpress.com/store/3506104 | 58 | aliexpress.com/store/5495254 |
| 59 | aliexpress.com/store/4413255 | 60 | aliexpress.com/store/815439 |
| 61 | aliexpress.com/store/3476042 | 62 | aliexpress.com/store/5073015 |
| 63 | aliexpress.com/store/5589198 | 64 | aliexpress.com/store/5068347 |
| 65 | aliexpress.com/store/1185968 | 66 | aliexpress.com/store/2385004 |
| 67 | aliexpress.com/store/4614018 | 68 | aliexpress.com/store/5153003 |
| 69 | aliexpress.com/store/2296021 | 70 | aliexpress.com/store/1813733 |
| 71 | aliexpress.com/store/3935008 | 72 | aliexpress.com/store/2665125 |
| 73 | aliexpress.com/store/5372143 | 74 | aliexpress.com/store/3028011 |
| 75 | aliexpress.com/store/4344001 | 76 | aliexpress.com/store/4410232 |
| 77 | aliexpress.com/store/5593016 | 78 | aliexpress.com/store/3051009 |
| 79 | aliexpress.com/store/5489228 | 80 | aliexpress.com/store/1021357 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 81 | aliexpress.com/store/109767 | 82 | aliexpress.com/store/1488792 |
| 83 | aliexpress.com/store/1757521 | 84 | aliexpress.com/store/1795578 |
| 85 | aliexpress.com/store/1939798 | 86 | aliexpress.com/store/2853021 |
| 87 | aliexpress.com/store/3000022 | 88 | aliexpress.com/store/3001060 |
| 89 | aliexpress.com/store/3054061 | 90 | aliexpress.com/store/4202019 |
| 91 | aliexpress.com/store/4495071 | 92 | aliexpress.com/store/4496103 |
| 93 | aliexpress.com/store/4505085 | 94 | aliexpress.com/store/4513043 |
| 95 | aliexpress.com/store/4568028 | 96 | aliexpress.com/store/4991313 |
| 97 | aliexpress.com/store/5040132 | 98 | aliexpress.com/store/5058269 |
| 99 | aliexpress.com/store/5069284 | 100 | aliexpress.com/store/5377230 |
| 101 | aliexpress.com/store/5508008 | 102 | aliexpress.com/store/937058 |
| 103 | aliexpress.com/store/5429303 | 104 | aliexpress.com/store/5428254 |
| 105 | aliexpress.com/store/5362132 | 106 | aliexpress.com/store/2837082 |
| 107 | aliexpress.com/store/4652070 | 108 | aliexpress.com/store/2131293 |
| 109 | aliexpress.com/store/5435008 | 110 | aliexpress.com/store/1269343 |
| 111 | aliexpress.com/store/5364213 | 112 | aliexpress.com/store/2993054 |
| 113 | aliexpress.com/store/2615047 | 114 | aliexpress.com/store/5241146 |
| 115 | aliexpress.com/store/1776082 | 116 | aliexpress.com/store/620260 |
| 117 | aliexpress.com/store/5006439 | 118 | aliexpress.com/store/738688 |
| 119 | aliexpress.com/store/2795155 | 120 | aliexpress.com/store/4215032 |
| 121 | aliexpress.com/store/5218002 | 122 | aliexpress.com/store/1708970 |
| 123 | aliexpress.com/store/2834110 | 124 | aliexpress.com/store/5375200 |
| 125 | aliexpress.com/store/5493134 | 126 | aliexpress.com/store/1952749 |
| 127 | aliexpress.com/store/2137154 | | |