IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| [REDACTED],<br><br>    Plaintiff,<br><br>v.<br><br>[REDACTED], et al.,<br><br>    Defendants. | Case No. 20-cv-02626<br><br>**Judge Elaine E. Bucklo**<br><br>**Magistrate Judge Sunil R. Harjani** |

**PLAINTIFF'S *EX PARTE* MOTION TO
EXTEND THE TEMPORARY RESTRAINING ORDER**

    Plaintiff seeks to extend the Temporary Restraining Order granted and entered by the Court on May 5, 2020 [27], by a period of fourteen (14) days until June 2, 2020. Such application is based upon this Motion and the concurrently filed Memorandum of Law.

Dated this 14th day of May 2020.        Respectfully submitted,

                                      /s/ Justin R. Gaudio
                                      Amy C. Ziegler
                                      Justin R. Gaudio
                                      RiKaleigh C. Johnson
                                      Greer, Burns & Crain, Ltd.
                                      300 South Wacker Drive, Suite 2500
                                      Chicago, Illinois 60606
                                      312.360.0080 / 312.360.9315 (facsimile)
                                      aziegler@gbc.law
                                      jgaudio@gbc.law
                                      rjohnson@gbc.law

                                      *Counsel for Plaintiff*